

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The State of Texas,                          * From the 259th District Court
                                             of Jones County,
                                             Trial Court No. 6880.

Vs. No. 11-24-00227-CR                       * January 8, 2026

Eddie Dale Underwood,                        * Memorandum Opinion by Williams, J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we vacate the trial court's August 14, 2024 judgment dismissing Eddie Dale Underwood's criminal case with prejudice, thereby reinstating his criminal case to its status prior to the trial court's August 14, 2024 judgment.